IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER MCELWEE,

    Petitioner,

v.                                            CASE NO. 5:08-cv-00158-RS-AK

BUREAU OF PRISONS,

    Respondent.

_____/

## **O R D E R**

This cause is before the Court on Petitioner's response to the order to show cause. Doc. 7. Apparently, Petitioner was under the impression that the attorney who filed the original motion in Texas was still representing him; he is not, and therefore, Petitioner is proceeding *pro se*. He now seeks additional time to file an amended petition and to pay the filing fee or file a motion for IFP per the Court's previous order and copies of the documents filed in Texas by his former counsel.

Having carefully considered the matter, the Court finds that Petitioner has shown good cause for his failure to comply with the Court's previous order, and therefore, it is **ORDERED**:

That the Clerk shall furnish Petitioner with a copy of the documents contained in Document 1;

That the Clerk shall furnish Petitioner four copies of the appropriate forms and instructions for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241;

That no later than **September 15, 2008**, Petitioner shall file an "Amended Petition," along

with two identical copies including any exhibits.  He shall also keep an identical copy for his records;

That the Clerk shall furnish Petitioner with an application for leave to proceed *in forma pauperis*;

That, no later than **September 15, 2008**, Petitioner shall either pay the $5.00 filing fee or file a motion for leave to proceed *in forma pauperis*;

**That failure of Petitioner to comply with this order shall result in a recommendation to the district judge that this matter be dismissed**.

**DONE AND ORDERED** this   *11th*   day of August, 2008.


                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**