## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**CHRISTOPHER DONALD MCELWEE,**

      **Petitioner,**

**vs.**                        **5:08cv158-RS/AK**

**BUREAU OF PRISONS,**

      **Respondent.**

_____/

## O R D E R

      Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for leave to proceed *in forma pauperis.* Docs. 1 & 12. A review of Petitioner's inmate account statement reveals that he has the funds to pay the $5.00 filing fee, in that his present account balance, his average monthly balance, and his average monthly deposits exceed $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

      Accordingly, it is **ORDERED**:

      1. Petitioner's motion to proceed *in forma pauperis*, Document 12, is hereby **DENIED**.

2.  Petitioner shall have until **October 20, 2008**, to submit the $5.00 filing fee to the Clerk of Court.

3.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this 19th day of September, 2008.


S/A.Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**